# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-18478 |
| | § | |
| DIEGO A DE LA CRUZ | § | |
| MARIA A DE LA CRUZ | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 11/20/2014, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/30/2014          By: /s/ David P. Leibowitz
                                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 13-18478 |
|---|---|---|
| | § | |
| DIEGO A DE LA CRUZ | § | |
| MARIA A DE LA CRUZ | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,560.00
*and approved disbursements of* $47.51
*leaving a balance on hand of[1]:* $2,512.49

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $2,512.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $640.00 | $0.00 | $640.00 |
| David P. Leibowitz, Trustee Expenses | $5.88 | $0.00 | $5.88 |

Total to be paid for chapter 7 administrative expenses: $645.88
Remaining balance: $1,866.61

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,866.61

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,866.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,342.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $8,758.71 | $0.00 | $415.55 |
| 2 | American Express Centurion Bank | $895.49 | $0.00 | $42.49 |
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $5,853.88 | $0.00 | $277.74 |
| 4 | eCAST Settlement Corporation, assigneeof Chase Bank USA, N.A. | $1,666.17 | $0.00 | $79.05 |
| 5 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $2,270.74 | $0.00 | $107.74 |
| 6 | Capital One, N.A. | $1,757.61 | $0.00 | $83.39 |
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $17,243.84 | $0.00 | $818.14 |
| 8 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $895.90 | $0.00 | $42.51 |

|  | Total to be paid to timely general unsecured claims: | $1,866.61 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                             Case No. 13-18478-JPC
Diego A De La Cruz                                                 Chapter 7
Maria A De La Cruz
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ccabrales           Page 1 of 2           Date Rcvd: Oct 30, 2014
                              Form ID: pdf006           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2014.
db/jdb         +Diego A De La Cruz,    Maria A De La Cruz,    9517 Davis Avenue,    Franklin Park, IL 60131-2033
20425166        American Express,    BK DEPT,   PO Box 981535,    El Paso, TX  79998-1535
20868538        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20425167        Bank Of America,    PO BOX 35140,   Louisville, KY  40232
20425168       +Best Buy,   Retail Services,    Po Box 5893,   Carol Stream, IL 60197-5893
20425170       +Capital One,    Bk Dept,   P O Box 85167,    Richmond, VA 23285-5167
20930434        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20425172       +Chase,   4915 Independence,    Tampa, FL 33634-7518
20425173        Chase BP,   Cardmember Services,    P O Box 15153,    Wilmington, DE  19886-5298
20425174       +Chase Mortgage,    Attn Bankruptcy Department,    10790 Rancho Bernardo Road,
                 San Diego, CA 92127-5705
20425165       +Chicago Legal LLC,    3833 S Harlem Ave,    Berwyn, IL 60402-3925
20425175       +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
20425176        Citibank,   P O Box 6003,    Hagerstown, MD  21747
20425163       +De La Cruz Diego A,    9517 Davis Avenue,    Franklin Park, IL 60131-2033
20425164       +De La Cruz Maria A,    9517 Davis Avenue,    Franklin Park, IL 60131-2033
20425177       +Diamond Resorts International,    10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
20425180       +Sears,   13200 Smith Rd,    Cleveland, OH 44130-7856
20930315        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20425169       +E-mail/Text: legal-compliance@directbuy.com Oct 31 2014 01:12:28     Beta Finance Company, Inc.,
                 8450 Broadway,   Merrillville, IN 46410-6221
20446294       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 31 2014 01:35:32
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
20425171       +E-mail/Text: coafinternalbkteam@capitaloneauto.com Oct 31 2014 01:15:29
                 Capital One Auto Finance,    3901 DALLAS PKWY,    Dallas, TX 75093-7864
21021229       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 31 2014 01:37:08
                 Capital One Auto Finance,    a division of Capital One, N.A.,    P.O. Box 201347,
                 Arlington, TX 76006-1347
22543740       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 31 2014 01:37:07
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
20425178        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2014 01:19:44     Discover Financial,
                 PO Box 15316,   Wilmington, DE  19850
20684826        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2014 01:19:44     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
20425179       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 31 2014 01:12:42     Kohls,   PO Box 3043,
                 Milwaukee, WI 53201-3043
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20930432*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20930433*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
21015579*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
21015580*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2014                               Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                  Date Rcvd: Oct 30, 2014
                              Form ID: pdf006              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ     on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank National Association
               bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Karen  Walin    on behalf of Joint Debtor Maria A De La Cruz kwalin@chicagolegalllc.com,
               clifford7285@att.net;sskupien@chicagolegalllc.com;G7531@notify.cincompass.com
              Karen  Walin    on behalf of Debtor Diego A De La Cruz kwalin@chicagolegalllc.com,
               clifford7285@att.net;sskupien@chicagolegalllc.com;G7531@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni  Dillon    on behalf of Creditor    JPMorgan Chase Bank National Association
               tdillon@atty-pierce.com,  northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7
```