**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18478 |
| | § | |
| DIEGO A DE LA CRUZ | § | |
| MARIA A DE LA CRUZ | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $210,400.00 | Assets Exempt: | $12,300.00 |
| Total Distributions to Claimants: | $1,866.61 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $693.39 | | |

3) Total gross receipts of $2,560.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,560.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $438,825.00 | $8,928.87 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $693.39 | $693.39 | $693.39 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $114,950.00 | $39,342.34 | $39,342.34 | $1,866.61 |
| **Total Disbursements** | $553,775.00 | $48,964.60 | $40,035.73 | $2,560.00 |

4).  This case was originally filed under chapter 7 on 04/30/2013.  The case was pending for 20 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2015                    By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2012 Tax Refund | 1129-000 | $2,560.00 |
| **TOTAL GROSS RECEIPTS** | | $2,560.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Capital One Auto Finance | 4110-000 | $9,775.00 | $8,928.87 | $0.00 | $0.00 |
| | Chase Mortgage | 4110-000 | $248,444.00 | $0.00 | $0.00 | $0.00 |
| | Chase Mortgage | 4110-000 | $180,606.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $438,825.00 | $8,928.87 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $640.00 | $640.00 | $640.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $5.88 | $5.88 | $5.88 |
| Green Bank | 2600-000 | NA | $47.51 | $47.51 | $47.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $693.39 | $693.39 | $693.39 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $8,660.00 | $8,758.71 | $8,758.71 | $415.55 |

| 2 | American Express Centurion Bank | 7100-900 | $792.00 | $895.49 | $895.49 | $42.49 |
|---|---|---|---|---|---|---|
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $5,464.00 | $5,853.88 | $5,853.88 | $277.74 |
| 4 | eCAST Settlement Corporation, assigneeof Chase Bank USA, N.A. | 7100-900 | $1,679.00 | $1,666.17 | $1,666.17 | $79.05 |
| 5 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $2,126.00 | $2,270.74 | $2,270.74 | $107.74 |
| 6 | Capital One, N.A. | 7100-900 | $9,817.00 | $1,757.61 | $1,757.61 | $83.39 |
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $16,635.00 | $17,243.84 | $17,243.84 | $818.14 |
| 8 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $882.00 | $895.90 | $895.90 | $42.51 |
| | Bank Of America | 7100-000 | $6,855.00 | $0.00 | $0.00 | $0.00 |
| | Best Buy | 7100-000 | $1,323.00 | $0.00 | $0.00 | $0.00 |
| | Beta Finance Company, Inc. | 7100-000 | $1,692.00 | $0.00 | $0.00 | $0.00 |
| | Chase BP | 7100-000 | $496.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $3,421.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $2,446.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $670.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $113.00 | $0.00 | $0.00 | $0.00 |
| | Diamond Resorts International | 7100-000 | $21,538.00 | $0.00 | $0.00 | $0.00 |
| | Diamond Resorts International | 7100-000 | $17,792.00 | $0.00 | $0.00 | $0.00 |
| | Kohls | 7100-000 | $1,494.00 | $0.00 | $0.00 | $0.00 |
| | Sears | 7100-000 | $5,747.00 | $0.00 | $0.00 | $0.00 |
| | Sears | 7100-000 | $5,308.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $114,950.00 | $39,342.34 | $39,342.34 | $1,866.61 |

Page No:    1

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| **Case No.:** | 13-18478-JPC | **Trustee Name:** | David Leibowitz |
| **Case Name:** | DE LA CRUZ, DIEGO A AND DE LA CRUZ, MARIA A | **Date Filed (f) or Converted (c):** | 04/30/2013 (f) |
| **For the Period Ending:** | 1/6/2015 | **§341(a) Meeting Date:** | 06/25/2013 |
| | | **Claims Bar Date:** | 09/27/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 9517 Davis St, Franklin Park, IL 60131 | $202,000.00 | $0.00 | | $0.00 | FA |
| 2 | Bank Account | $800.00 | $0.00 | | $0.00 | FA |
| 3 | Household goods and furnishings | $1,000.00 | $400.00 | | $0.00 | FA |
| 4 | Debtors personal clothing | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Debtors personal clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6 | 2012 Tax Refund | $5,500.00 | $0.00 | | $2,560.00 | FA |
| 7 | 1999 GMC Savana | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | 2003 GMC Envoy | $3,500.00 | $0.00 | | $0.00 | FA |
| 9 | 2006 Cadillac STS | $8,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| $222,700.00 | $400.00 | | $2,560.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/28/2014 | TFR submitted to UST for review and approval |
| 08/20/2014 | TFR prepared for Trustee's review. |
| 05/20/2014 | Objection to Claim NO. 9 filed - Hearing date 6/24/2014 |
| 04/23/2014 | Capital ONe Auto Finance RE: Claim 9 |
| | Janna Lorde Ext 46266 |
| 08/05/2013 | Funds received. |
| 07/22/2013 | Received email from Debtor's attorney - client to tender $2560.00 for equity |
| 06/26/2013 | Sent email for follow up of tax refund of no response received file motion to extend deadline in August |
| 06/25/2013 | Debtor received $8060.00 - Debtor exempted $5500.00 - Debtor should pay difference of $2,560.00 |
| | |
| | Asset - Tax Refund |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/30/2014 | DAVID LEIBOWITZ |

Page No:l
Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-18478-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | DE LA CRUZ, DIEGO A AND DE LA CRUZ, MARIA A | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***9945 | **Checking Acct #:** ******7801 |
| **Co-Debtor Taxpayer ID #:** | **-***9946 | **Account Title:** |
| **For Period Beginning:** | 4/30/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 1/6/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/05/2013 | (6) | DIEGO DE LA CRUZ | Payment of tax refund | 1129-000 | $1,000.00 | | $1,000.00 |
| 08/05/2013 | (6) | DIEGO DE LA CRUZ | Payment on Tax refund | 1129-000 | $1,000.00 | | $2,000.00 |
| 08/05/2013 | (6) | DIEGO DE LA CRUZ | Payment on tax refund | 1129-000 | $560.00 | | $2,560.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.73 | $2,556.27 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.72 | $2,552.55 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.11 | $2,548.44 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.11 | $2,544.33 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.97 | $2,540.36 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.36 | $2,536.00 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.69 | $2,532.31 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.82 | $2,528.49 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.94 | $2,524.55 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.20 | $2,520.35 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.80 | $2,516.55 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.06 | $2,512.49 |
| 11/21/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $640.00 | $1,872.49 |
| 11/21/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $5.88 | $1,866.61 |
| 11/21/2014 | 3003 | Discover Bank | Claim #: 1; Amount Claimed: 8,758.71; Amount Allowed: 8,758.71;  Distribution Dividend: 4.74; | 7100-900 | | $415.55 | $1,451.06 |
| 11/21/2014 | 3004 | American Express Centurion Bank | Claim #: 2; Amount Claimed: 895.49; Amount Allowed: 895.49;  Distribution Dividend: 4.74; | 7100-900 | | $42.49 | $1,408.57 |
| 11/21/2014 | 3005 | eCAST Settlement Corporation, assignee of | Claim #: 3; Amount Claimed: 5,853.88; Amount Allowed: 5,853.88;  Distribution Dividend: 4.74; | 7100-900 | | $277.74 | $1,130.83 |
| 11/21/2014 | 3006 | eCAST Settlement Corporation, assigneeof | Claim #: 4; Amount Claimed: 1,666.17; Amount Allowed: 1,666.17;  Distribution Dividend: 4.74; | 7100-900 | | $79.05 | $1,051.78 |
| 11/21/2014 | 3007 | eCAST Settlement Corporation, assignee of | Claim #: 5; Amount Claimed: 2,270.74; Amount Allowed: 2,270.74;  Distribution Dividend: 4.74; | 7100-900 | | $107.74 | $944.04 |
| 11/21/2014 | 3008 | Capital One, N.A. | Claim #: 6; Amount Claimed: 1,757.61; Amount Allowed: 1,757.61;  Distribution Dividend: 4.74; | 7100-900 | | $83.39 | $860.65 |
| 11/21/2014 | 3009 | eCAST Settlement Corporation, assignee of | Claim #: 7; Amount Claimed: 17,243.84; Amount Allowed: 17,243.84; Distribution Dividend: 4.74; | 7100-900 | | $818.14 | $42.51 |
| 11/21/2014 | 3010 | eCAST Settlement Corporation, assignee of | Claim #: 8; Amount Claimed: 895.90; Amount Allowed: 895.90;  Distribution Dividend: 4.74; | 7100-900 | | $42.51 | $0.00 |
| | | | **SUBTOTALS** | | $2,560.00 | $2,560.00 | |

**FORM 2**

Case 13-18478   Doc 37   Filed 01/30/15   Entered 01/30/15 12:05:56   Desc Main

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 7 of 8

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | | 13-18478-JPC | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | | DE LA CRUZ, DIEGO A AND DE LA CRUZ, MARIA A | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | | **-***9945 | | | **Checking Acct #:** | | ******7801 |
| **Co-Debtor Taxpayer ID #:** | | **-***9946 | | | **Account Title:** | | |
| **For Period Beginning:** | | 4/30/2013 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | | 1/6/2015 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | | $2,560.00 | $2,560.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | | **Subtotal** | | | $2,560.00 | $2,560.00 | |
| | | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | | **Net** | | | $2,560.00 | $2,560.00 | |

| For the period of 4/30/2013 to 1/6/2015 | | For the entire history of the account between 08/05/2013 to 1/6/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,560.00 | Total Compensable Receipts: | $2,560.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,560.00 | Total Comp/Non Comp Receipts: | $2,560.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,560.00 | Total Compensable Disbursements: | $2,560.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,560.00 | Total Comp/Non Comp Disbursements: | $2,560.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Case 13-18478   Doc 37   Filed 01/30/15   Entered 01/30/15 12:05:56   Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document     Page 8 of 8

Exhibit 9

| | |
|---|---|
| **Case No.** | 13-18478-JPC |
| **Case Name:** | DE LA CRUZ, DIEGO A AND DE LA CRUZ, MARIA A |
| **Primary Taxpayer ID #:** | **-***9945 |
| **Co-Debtor Taxpayer ID #:** | **-***9946 |
| **For Period Beginning:** | 4/30/2013 |
| **For Period Ending:** | 1/6/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,560.00 | $2,560.00 | $0.00 |

**For the period of 4/30/2013 to 1/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,560.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,560.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,560.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,560.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/30/2013 to 1/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,560.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,560.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,560.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,560.00 |
| Total Internal/Transfer Disbursements: | $0.00 |